UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HORACE MARTIN

VERSUS

FOCUS RECEIVABLES
MANAGEMENT, LLC

CIVIL ACTION

NO. 11-450-BAJ-SCR

## ORDER OF DISMISSAL

Upon consideration of the foregoing joint stipulation of dismissal without prejudice pursuant to Rule 41(a)(1):

**IT IS HEREBY ORDERED** that any and all claims asserted by plaintiff, Horace Martin, against defendant, Focus Receivables Management, LLC, in the above-captioned matter, be, and are, hereby dismissed without prejudice, with each party to bear its own costs.

Baton Rouge, Louisiana, January 4, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA